No. 76–1441. HEUBLEIN, INC., ET AL. v. WATERS ET AL. C. A. 9th Cir. Motion of respondent Waters for leave to proceed *in forma pauperis* granted. Certiorari denied. ■

No. 76–1552. MARRIOTT CORP. v. RICHARD ET AL. C. A. 4th Cir. Certiorari denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition. ■

No. 76–6720. RICHMOND v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. ■

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would vacate the death sentence in this case.

No. 75–1013. BRONCUCIA v. COLORADO, 431 U. S. 937;

No. 75–1105. REID v. MEMPHIS PUBLISHING Co., 429 U. S. 964;

No. 75–1153. ABOOD ET AL. v. DETROIT BOARD OF EDUCATION ET AL., 431 U. S. 209;

No. 76–352. CHAPPELLE v. GREATER BATON ROUGE AIRPORT DISTRICT ET AL., 431 U. S. 159.

No. 76–986. NETELKOS ET AL. v. UNITED STATES, 431 U. S. 953;

No. 76–1179. ASHCROFT, ATTORNEY GENERAL OF MISSOURI v. MATTIS, 431 U. S. 171; and

No. 76–1267. CRAVERO ET AL. v. UNITED STATES, 430 U. S. 983. Petitions for rehearing denied.